FIELDS *v.* CARLTON *et al.*

84a 597
86 184

The decision of this case in 75 *Ga.* 554, controls it.

March 10, 1890.

*Res adjudicata.* Ejectment. Before Judge GUSTIN. Dougherty superior court. October adjourned term, 1888.

On a trial subsequent to the decision in 75 *Ga.*, the jury found for the defendant an undivided half of the premises in dispute, and for the plaintiffs the other half. The defendant excepted to the overruling of his motion for a new trial.

D. H. POPE, for plaintiff in error.

W. T. JONES, *contra.*

BLANDFORD, Justice.

We think this case was virtually decided, upon all its facts, when it was here at the October term, 1885. 75 *Ga.* 554. True, the case was then reversed, but the principles then announced by Chief Justice JACKSON, we think, rule and control the case as now presented. We think that under the law and facts the verdict and judgment are right and should stand.

         *Judgment affirmed.*